CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 14 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **RICHIE HANSFORD CONNER,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:10cv00017 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **A. GENE HART, JR, ESQ.,** | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Conner is **GRANTED** in forma pauperis status, this action shall be and hereby is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and the Clerk of Court is **DIRECTED** to **STRIKE** this action from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to the parties.

**ENTER:** This 17th day of January, 2010.

_____
United States District Judge